UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Chapter 7 |
| UNIVERSAL MARKETING, INC., et al.: : | |
| Debtors. : | Case No. 09-15404 (ELF) |
| : | |
| CHARLES R. GOLDSTEIN, Chapter 7 : Trustee for the Estate of UNIVERSAL : MARKETING, INC., et al., : | Adv. Proc. No. 11-683 |
| Plaintiff : | |
| vs. : | |
| HOME DEPOT CREDIT SERVICES : | |
| Defendant. : | |

**STIPULATION AND ORDER EXTENDING TIME FOR THE DEFENDANT
TO RESPOND TO ADVERSARY COMPLAINT**

It is hereby stipulated and agreed between counsel for the Chapter 7 Trustee for the Estate of Universal Marketing, Inc., et al. ("Plaintiff") and counsel for the defendant in the above-captioned adversary proceeding ("Defendant"), that:

1. The Defendant shall have through and including September 23, 2011 to file an answer or otherwise respond to the Plaintiff's adversary complaint.

2. This Stipulation and Order shall not waive or otherwise prejudice, any arguments the Defendant may make or other rights the Defendant may otherwise assert.

Dated: Aug 19, 2011

THE HONORABLE ERIC L. FRANK
UNITED STATES BANKRUPTCY JUDGE

| | |
|---|---|
| ARCHER & GREINER<br>A Professional Corporation | HANGLEY ARONCHICK SEGAL &<br>PUDLIN |
| /s/ Douglas G. Leney<br>Stephen M. Packman<br>Douglas G. Leney<br>One Centennial Square<br>Haddonfield, NJ 08033<br>(856) 795-2121 | /s/ Ashely M. Chan<br>Joseph A. Dworetzky, Esquire
Ashely M. Chan, Esquire<br>One Logan Square, 27th Floor<br>Philadelphia, PA 19103<br>(215) 568-6200 |
| Counsel for Plaintiff | Counsel for the Defendant |