IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>UNIVERSAL MARKETING, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br>(Previous Chapter 11)<br><br>Case No. 09-15404 (ELF)<br>(Substantively Consolidated) |
| CHARLES R. GOLDSTEIN, Chapter 7 Trustee for the Estate of UNIVERSAL MARKETING, INC. et al.,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT CREDIT SERVICES,<br><br>Defendant. | Adversary No. 11-00683<br><br>**Hearing Date: February 1, 2012 @ 1:00 pm** |

### ORDER APPROVING SETTLEMENT WITH HOME DEPOT CREDIT SERVICES PURSUANT TO FED. R. BANKR. P. 9019

This matter coming before the Court upon the motion (the "Motion") of Charles R. Goldstein, Chapter 7 Trustee (the "Trustee") for the estate (the "Estate") of Universal Marketing, Inc., *et al.* (the "Debtors") for entry of an order approving the settlement of a certain avoidance claim against Home Depot Credit Services, Inc. (the "Defendant") pursuant to Fed. R. Bankr. P. 9019;

And there being no objections thereto:

IT IS HEREBY ORDERED that the Motion is granted and the Trustee is authorized to compromise the avoidance claim against Defendant as more particularly set forth in the Settlement Agreement, pursuant to Fed. R. Bankr. P. 9019.

Dated:

2/1/12

HONORABLE ERIC L. FRANK
United States Bankruptcy Judge

7463737v1

---

[1] The Debtors in this substantively consolidated proceeding are the following entities: Universal Marketing, Inc.; Universal Delaware, Inc.; Universal Enterprises, Inc.; Universal Management, Inc.; Universal Distribution Inc.; Project Growth Technologies, Inc.; Universal Real Estate, Inc.; 177 Old Camden Road, LLC; 1272 South Governors Ave, LLC; 133 Saulsbury Road, LLC; 1104 South State Street, LLC; 100 S. Main Street, LLC; 505 Bridgeville Highway, LLC; 323 West Stein Highway, LLC; 111 South West Street, LLC; 102 West Central Avenue, LLC; 302 Maple Avenue, LLC; 176 Flatlands Road, LLC; 5318 Snow Hill Road, LLC; 617 North Salisbury Boulevard, LLC; 28768 Ocean Gateway Highway, LLC; 241 Cypress Street, LLC; 610 Snow Hill Road, LLC; 106 Cedar Street, LLC; 326 East Dover Street, LLC; 101 Maple Avenue, LLC; and 2194 Reading Road, LP.